**Order filed, October 31, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00929-CV
_____

**THE METHODIST HOSPITAL D/B/A HOUSTON METHODIST HOSPITAL, Appellant**

**V.**

**WILLIE HARVEY, Appellee**

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2018-29940**

---

### ORDER

The reporter's record in this case was due **October 29, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Monica Grassmuck**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM